IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BOBBY GENE SITZES II,

        Petitioner,    :        Case No. 3:25-cv-00141

   - vs -        District Judge Thomas M. Rose
        Magistrate Judge Michael R. Merz

WARDEN, London Correctional
  Institution,

        :
        Respondent.

## DECISION AND ORDER DENYING, WITHOUT PREJUDICE, REINSTATEMENT OF STAY

    This is an action brought pursuant to 28 U.S.C. § 2254 for a writ of habeas corpus. The case is before the Court on Petitioner's Motion to Renew the Stay of these proceedings pending the outcome of proceedings on his post-conviction petition in the Clark County Common Pleas Court (ECF No. 18).

    The Court had previously vacated the stay because it had been notified that the Clark County proceedings were completed in that the Common Pleas Court had denied the post-conviction petition and Mr. Sitzes had not appealed (ECF No. 17). In his instant Motion to Renew, Sitzes does not deny the Common Pleas Court has entered judgment and that he has not appealed. Instead he gives as a reason for not appealing that he has never received a copy of the Judgment Entry dismissing the case. At the Court's request, Respondent's counsel has obtained and filed a copy of that final judgment (ECF No. 20). Armed with this document, Petitioner can now seek a

1

delayed appeal from the Second District Court of Appeals.  If a delayed appeal is granted, the state court proceedings will not yet be final and the Court will reinstate the stay.  If a delayed appeal is not granted, those proceedings will be at an end and there will be no further justification for a stay.

Accordingly the Motion to Renew the Stay is denied without prejudice to its renewal if the delayed appeal is granted.  Petitioner shall file for a delayed appeal not later than January 31, 2026.

January 13, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge
