# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Bobby Gene Sitzes II,

               Petitioner,    :             Case No. 3:25-cv-00141

   - vs -                          District Judge Thomas M. Rose
                                      Magistrate Judge Michael R. Merz

WARDEN, London
  Correctional Institution,

                                  :
           Respondent.

---

## ORDER REINSTATING STAY

---

This habeas corpus action is before the Court *sua sponte*.  On January 13, 2026, the Court denied Petitioner's motion to reinstate the stay of these proceedings, but noted it would reconsider if Petitioner appealed from the Common Pleas Court's denial of his petition for post-conviction relief (ECF No. 21).  Upon examination of the docket of the Ohio Second District Court of Appeals, the Court finds that that court has denied his motion for leave to file a delayed appeal as unnecessary and accepted Petitioner's appeal.

Accordingly, it is hereby ORDERED that the stay of these proceedings is reinstated and shall continue until completion of the pending appeal proceedings and any further appeal to the Supreme Court of Ohio.  Respondent shall keep this Court currently informed of the status of the appeal.

February 10, 2026.

                                       s/ *Michael R. Merz*
                                  United States Magistrate Judge

i